

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

UAD
F.#2010R00258

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 10, 2011

**By Regular Mail and ECF**

Elizabeth E. Macedonio, Esq.
42-40 Bell Blvd
Suite 302
Bayside, NY 11361

Robert Soloway, Esq.
Rothman, Schneider, Soloway & Stern, P.C.
100 Lafayette Street, Suite 501
New York, New York 10013

        Re:  United States v. Thomas Ng et al.
             Criminal Docket No. 10-254 (S-1)(SLT)

Dear Counsel:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes additional discovery with respect to the above-referenced matter. The government also renews its request for reciprocal discovery from the defendants.

     Enclosed please find redacted documents from the Department of Corrections related to David Hwang, Bates numbered 000000306-000000322; photographs of Thomas Ng, Joshua Banner, Benny Auyeung and David Hwang, Bates numbered 000000323-000000326; documents recovered from David Hwang on or about March 4, 2010, Bates numbered 000000327-000000329; and a firearm examination report, dated May 17, 2011, Bates numbered 000000330-000000332.

      If you have any questions or further requests, please do not hesitate to contact me.

                                              Very truly yours,

                                              LORETTA E. LYNCH
                                              United States Attorney

                                By:        /s/
                                              Una A. Dean
                                              Jacquelyn M. Rasulo
                                              Assistant U.S. Attorneys
                                              (718) 254-6473/6103

Enclosures

cc: Clerk of the Court (SLT) (without enclosures)