# GREGORY S. WATTS
*ATTORNEY AT LAW*
*26 COURT STREET, SUITE 910*
*BROOKLYN, NEW YORK 11242*
*TELE:(718) 875-5020*
*FAX: (718) 237-0639*

August 29, 2012

Honorable Sterling Johnson
United States District Judge
Eastern District of New York
225 CadmenPlaza
Brooklyn, New York 11201

Re:   United States v. Joshua Banner
      10-CR-254
      Request for an Adjournment of Mr. Banner's sentencing

Dear Judge Johnson:

I am requesting Mr. Banner's sentence to be adjourned from September 5, 2012 to September 6, 2012, or any date convenient to the court due to my vacation schedule.

I am expected to return to the United States on September 5, 2012, and was unaware of my return date until alerted by a family member. I will submit my response to the PSI today.

I called Assistant United States Attorneys, Una Dean and Jacqueline Kasulis, to advise them of my request. I left a message, by voicemail.

A previous application has been made for the relief requested herein.

Thanking in advance for your attention to this matter.


Respectfully,


Gregory S. Watts


cc:   Jacquelyn M. Rasulo
      Una Dean
      Assistant U.S. Attorney
      File.